United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-3585
_____

United States of America,      *
                               *
        Appellee,              *
                               *
    v.                         *  Appeal from the United States
                               *  District Court for the
Edward Earl Wright, also known *  Eastern District of Missouri.
as James Hill,                 *        [UNPUBLISHED]
                               *
        Appellant.             *

_____

Submitted:  February 4, 1997

Filed:  February 14, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.


    Edward Earl Wright appeals the sentence imposed by the
district court[1] after he pleaded guilty to conspiring to distribute
cocaine base and distributing more than 50 grams of cocaine base,
in violation of 21 U.S.C. §§ 841(a)(1) and 846.  We affirm.


    Wright's presentence report indicated a Guidelines sentencing
range of 360 months to life, noting that a 120-month mandatory-
minimum penalty was applicable.  At sentencing, the government
moved for a downward departure under U.S. Sentencing Guidelines

_____

    [1]The Honorable Carol E. Jackson, United States District Judge
for the Eastern District of Missouri.

Manual § 5K1.1, p.s. (1995).  The district court departed and

sentenced Wright to 180 months imprisonment and five years supervised release, stating the mandatory minimum was not a severe enough penalty given Wright's criminal history and the nature of the offense.

On appeal, Wright contends the court erred in not departing further and not imposing the mandatory minimum. We may not review the extent of the court's downward departure, however, regardless of its reasons for not departing further. See <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993).

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.